**SO ORDERED.**

**SIGNED February 27, 2020.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  KERRY L LUTE                                            CASE NO: 18-20299
_____
## ORDER

The above captioned matter having been scheduled for a confirmation hearing on February 27, 2020 and by agreement of the parties,

**IT IS ORDERED** that Confirmation is hereby continued to March 26, 2020. The Debtor(s) shall have fifteen (15) days to provide a copy of the 2018 Federal and State returns and the 2018 Federal refund; if any to the Trustee. If not timely provided the Trustee is authorized to submit an ex parte dismissal order.

*** 

This order was prepared and is being sent by:

Keith A Rodriguez
Chapter 13 Trustee
PO Box 3445
Lafayette, La   70502-3445
(337) 233-4413