UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:   KERRY L. LUTE                              CASE NO. 18-20299

DEBTOR                                              CHAPTER 13

**MOTION TO RECONSIDER AND TO ALLOW LATE FILED OBJECTION**

SN Servicing Corporation, through undersigned counsel, respectfully moves the Court to reconsider a filed objection to confirmation based upon the following representation:

1.

SN Servicing Corporation is the holder of a promissory note secured by a mortgage on Debtor's principal residence located at 2113 8th Street, Lake Charles, Louisiana 70601.

2.

Debtor filed a Chapter 13 Bankruptcy Petition on April 18, 2018. On October 22, 2019, SN Servicing Corporation filed its Proof of Claim (7-1), which includes a total indebtedness of $21,475.92.

3.

Debtor's proposed Amended Plan, (DE 22) provided that the value of the Property is $47,750.00 and the amount of the secured claim of SN Servicing Corporation is $17,219.51 bearing interest at 6.25%. The Court confirmed that plan, and the Trustee scheduled the claim to be paid at $17,219.51 bearing interest at 6.25%. The amount of $17,219.51 was actually the unpaid principal balance at the time of the bankruptcy filing.

4.

Undersigned Counsel then filed an Objection to debtors Amended Plan on February 24, 2020 (DE 25). The confirmation hearing was set for March 26, 2020. The objection was not filed in time. The court entered an Order confirming debtors Amended Plan on March 20, 2020 which does not properly address SN Servicing Corporation's timely filed claim.

WHEREFORE, SN Servicing Corporation prays that its motion be granted.

Submitted By:

/s/ Matthew Resor
Matthew Resor (No. 36929)
Cris Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
935 Gravier Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 581-9444
Fax: (504) 588-2888
Email: mresor@jacksonmcpherson.com
Email: cjackson@jacksonmcpherson.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE:   KERRY L. LUTE				CASE NO. 18-20299

DEBTOR						CHAPTER 13

**CERTIFICATE OF SERVICE**

I certify that a copy of the Motion to Reconsider and to Allow Late filed Objection of SN Servicing Corporation has been served on the Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on April 9th, 2020.

Wade Kelly, Counsel for Debtor
wnkellylaw@yahoo.com

Keith A. Rodriguez, Chapter 13 Trustee
ecf@keithrodriguez.com

/s/ Matthew Resor
Matthew Resor (No. 36929)