**Fill in this information to identify the case:**

Debtor 1    Kerry L. Lute

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Western     District of Louisiana
                                                              (State)

Case number   18-20299

Official Form 410S2

# Notice of Post-Petition Mortgage Fees, Expenses and Charges            12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 9361

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes.   Date of the last notice: 12/11/2019

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 2/24/2020 (1st Objection to Confirmation) | (3) | $ 150.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | Parish Tax 05/19/2020 | (8) | $ 759.32 |
| 9. | Insurance advances (non-escrow) | FPI: 1/3/2020; 1/6/2020; 2/4/2020; 2/5/2020; 3/4/2020; 4/7/2020; 4/8/2020; 5/4/2020; 5/5/2020; 6/2/2020; 6/5/2020 | (9) | $ 307.76 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: _____ | | (11) | $ 0.00 |
| 12. | Other. Specify: _____ | | (12) | $ 0.00 |
| 13. | Other. Specify: _____ | | (13) | $ 0.00 |
| 14. | Other. Specify: _____ | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002. 1.

Debtor 1  Kerry L. Lute	Case number (*if known*)  18-20299
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Matthew Resor	Date  07/08/2020
   Signature

Print	Matthew	Resor	Title  Attorney for Creditor (Bar no. 36929)
        First Name   Middle Name   Last Name

Company	Jackson & McPherson, LLC

Address	935 Gravier Street, Suite 1400
        Number    Street

        New Orleans	LA	70112
        City	State	Zip Code

Contact phone  504-581-9444	Email  mresor@jacksonmcpherson.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE: KERRY L. LUTE  CASE NO. 18-20299

DEBTOR  CHAPTER 13

**CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Post-Petition Mortgage Fees, Expenses and Charges of SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on July 8, 2020.

Kerry L. Lute
2113 8th St.
Lake Charles, LA 70601

Wade N. Kelly, Counsel for Debtor
wnkellylaw@yahoo.com

Keith A. Rodriguez, Chapter 13 Trustee
ecf@keithrodriguez.com

/s/ Matthew Resor
Matthew Resor (No. 36929)