**SO ORDERED.**

**SIGNED January 21, 2021.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

| | |
|---|---|
| **In Re:**<br>  *Debtor(s):*<br>  Kerry L. Lute | **Chapter:** 13<br>**Case Number:** 18–20299 |

---

### Order

A hearing was held on the Chapter 13 Trustee's Motion to Dismiss in this case, and for reasons orally assigned,

IT IS ORDERED that the Debtor will be allowed fifteen (15) days from the date of this Order to file an Amended/Modified Plan and notice it for a hearing on an "if and only if" basis. The Amended/Modified Plan shall address each pending Objection to confirmation. Any objection to the Amended/Modified Plan shall be filed no later than fourteen (14) days prior to the hearing. Within the same fifteen (15) day period, the Debtor shall submit to the Trustee 2019 Federal and State Tax Returns. The hearing on the Chapter 13 Trustee's Motion to Dismiss is hereby CONTINUED to March 10, 2021.

Failure of the Debtor to comply with any of the terms of this Order may result in the Trustee filing an ex parte Order of dismissal, which may result in this case being dismissed without further hearing and with a finding under 11 U.S.C. §109(g), which will prohibit the Debtor from filing any type of bankruptcy case for six months.

###